No. 97–9410. WRIGHT v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–9411. URBAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–9412. WOLLESEN v. SACASA. Ct. Sp. App. Md. Certiorari denied.

No. 97–9413. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9415. HOY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–9416. GRIMMOND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9417. GELLERT v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9418. GRANT v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–9419. HECHINGER v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 97–9420. HART v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–9421. DANIELS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–9422. HOUSTON v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–9424. HESTER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–9425. FLY v. GEORGIA. Ct. App. Ga. Certiorari denied.